UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ALEX PEYKOFF AND SATISFIED LIFE FOUNDATION, INC.** §§§§<br>   *Plaintiffs* | |
| v. § | Case No. 4:23-cv-404-O |
| **CHARRISSA CAWLEY and CBCG, LLC D/B/A GAME CHANGER PUBLISHING,** §§§§§<br>   *Defendants.* | |

## NOTICE OF APPEAL

Plaintiffs Alex Peykoff and Satisfied Life Foundation, Inc. respectfully appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on January 31, 2024, the order granting Defendants' motion to dismiss entered on January 15, 2024, and all other adverse orders, whether explicit or implied. *See* Dkt. Nos. 28, 33.

**Dated:** February 28, 2024.

                                                        Respectfully submitted,

                                                        **TERRAZAS PLLC**
                                                        1001 S. Capital of Texas Hwy, L250
                                                        Austin, Texas 78746
                                                         (512) 680-3257

                                                        By: /s/ *Brandon Crisp*
                                                        Brandon Crisp
                                                        State Bar No. 24054491
                                                        bcrisp@terrazaspllc.com

                                                        **BENTON WILLIAMS PLLC**
                                                        Benton Williams II
                                                        Texas Bar No. 24070854
                                                        100 Crescent Court, Suite 700
                                                        Dallas, Texas 75201
                                                        (214) 785-6205
                                                        benton.williams@bentonwilliamspllc.com

*Attorneys for Plaintiffs/Counter Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service on February 28, 2024.

*/s/ Brandon Crisp*
Brandon Crisp